UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINGOS LUGAO PETROCELI,

                Plaintiff,

-against-

FBI BUFFALO DIVISION FIELD OFFICE, et al.,

                Defendants.

21-CV-1205 (CM)

CIVIL JUDGMENT

Pursuant to the order issued June 14, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit an amended request to proceed *in forma pauperis* or pay the $402.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: June 14, 2021
         New York, New York

                                                  COLLEEN McMAHON
                                            United States District Judge